IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ABC DENTISTRY, P.A., *et al.* | § | Case No. 16-34221 |
| | § | |
| SAEED ROHI, DDS, *ex rel.* STATE OF TEXAS, | § | |
| | § | |
| PLAINTIFF, | § | ADV. PRO. 16-03193 |
| v. | § | |
| | § | |
| IRAJ S. JABBARY, DDS; KAUSER RUBINA BARI, DDS; ABC DENTISTRY PASADENA, PA; ABC DENTISTRY WEST OREM, PLLC; ABC DENTISTRY OLD SPANISH TRAIL, PLLC; ABC DENTISTRY HILLCROFT, PLLC, ABC DENTISTRY ROSENBERG, PLLC; ABC DENTISTRY, PA, | § | |
| | § | |
| DEFENDANTS. | § | |

## JURY DEMAND AND NONCONSENT TO CONDUCT OF JURY TRIAL BY BANKRUPTCY JUDGE

Pursuant to Rule 9015 of the Federal Rules of Bankruptcy Procedure and Rule 38 of the Federal Rules of Civil Procedure as incorporated therein, Plaintiff Saeed Rohi, DDS demands a trial by jury of all issues triable by jury in the action removed to this Court. This demand was timely made in the court from which this proceeding was removed. Further, Plaintiff Saeed Rohi, DDS does not consent to the conduct of such trial by jury by the bankruptcy judge of this Court. By filing this demand and nonconsent, Plaintiff Saeed Rohi, DDS does not consent to the jurisdiction of the Court in which this adversary proceeding is pending and he does not waive

any right to object to such jurisdiction. He additionally reserves all of his rights to challenge the jurisdiction of this Court and the removal of the adversary proceeding to it.

Date:   September 23, 2016

                                              Respectfully submitted,

                                              */s/ Charles E. Long*  
                                              Charles E. Long  
                                              State Bar No. 12514700  
                                              OF COUNSEL:  
                                              CAGE, HILL & NIEHAUS, L.L.P.  
                                              5851 San Felipe, Suite 950  
                                              Houston, Texas 77057  
                                              Telephone: (713) 789-0500  
                                              Facsimile:  (713) 974-0344

                                              */s/ A. Blaire Hickman*  
                                              A. Blaire Hickman  
                                              State Bar No.  24074407  
                                              BREWER & PRITCHARD, P.C.  
                                              3 Riverway, Suite 1800  
                                              Houston, Texas  77056  
                                              Telephone:  (713) 209-2950  
                                              Facsimile:   (713) 659-5302  
                                              ATTORNEYS FOR SAEED ROHI, DDS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2016, the foregoing instrument was served via BK/ECF on all parties who receive electronic notice.

                                          */s/ Charles E. Long*
                                          Charles E. Long