IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ABC DENTISTRY, P.A., *et al.* | § | CASE NO. 16-34221 |
| | § | |
| DEBTORS | § | Jointly Administered |
| | § | |
| SAEED ROHI, DDS, *ex rel* STATE OF TEXAS | § § § | |
| PLAINTIFF | § § | ADV. PRO. 16-03193 |
| v. | § § | |
| IRAJ S. JABBARY, DDS; ET AL | § § | |

**CERTIFICATE OF SERVICE ON JURY DEMAND AND NONCONSENT TO CONDUCT OF JURY TRIAL BY BANKRUPTCY JUDGE (DOCKET NO. 8)**

I hereby certify that a true and correct copy of the Jury Demand and Nonconsent to Conduct of Jury Trial by Bankruptcy Judge (Docket No. 8) was served on or before the 26th day of September, 2016 via first class mail, postage prepaid or BK/ECF service on the following parties:

Omar Jesus Alaniz
Attorney for Debtor
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 7501
Omar.alaniz@bakerbotts.com
(via BK/ECF)

Andrew M. Williams
Andrew M. Williams & Associates
5909 West Loop South, Suite 550
Bellaire, Texas 77401
andy@amwlawfirm.com

Russell W. Hall
Russell W. Hall & Associates, P.C.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
rwhall@rwhpc.com

Jason Ray
Riggs & Ray
506 W. 14th Street, Suite A
Austin, Texas 78701
512-457-9806
jray@r-alaw.com

Thomas R. Phillips
Jonathan Levy
Baker Botts, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
tom.phillips@bakerbotts.com
jonathan.levy@bakerbotts.com

Philip H. Hilder
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006
(713) 234-1416

Dated: September 26, 2016

            Respectfully submitted,

            */s/ Charles E. Long*
            Charles E. Long
            State Bar No. 12514700
            CAGE, HILL & NIEHAUS, L.L.P.
            5851 San Felipe, Suite 950
            Houston, Texas 77057
            Telephone: (713) 789-0500
            Facsimile:  (713) 974-0344

            */s/ A. Blaire Hickman*
            A. Blaire Hickman
            State Bar No. 24074407
            BREWER & PRITCHARD, P.C.

3 Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 209-2950
Facsimile: (713) 659-5302
**ATTORNEYS FOR SAEED ROHI, DDS**