

ENTERED
10/19/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| ABC DENTISTRY, P.A., *et al* § | CASE NO: 16-34221 | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |
| SAEED ROHI § | | |
| Plaintiff(s) § | | |
| VS. § | ADVERSARY NO. 16-3193 | |
| IRAJ S JABBARY, *et al* § | | |
| Defendant(s) § | | |

### ORDER ABATING ADVERSARY PROCEEDING, ABATING MOTION TO ESTIMATE, AND REFERRING MATTER TO MEDIATION

For the reasons set forth on the record and by agreement of all parties, the Court orders:

1. This adversary proceeding is abated until November 28, 2016.

2. The Debtor's motion to estimate claims is abated until November 28, 2016.

3. All disputes in adversary proceeding 16-3193 and all parties to adversary proceeding 16-3193 are referred to mediation. The following will govern the mediation:

    a. The mediator is Barbara Radnofsky.

    b. The mediation will commence on November 16, 2016 and must conclude by November 23, 2016.

    c. All claims between all parties, pled and unpled, will be mediated.

    d. No defendant is permitted to demand during the mediation that the State of Texas or the United States (i) agree to the terms of the mediation; or (ii) act or fail to act in any matter. Any mediation settlement agreement may not be conditioned on the approval of the State of Texas or of the United States.

    e. The mediator will report to the Court that the matter has settled or has not settled, and will not report the substance of the mediation; provided, the final settlement agreement that is executed by the parties will be submitted to the Court.

    f. Any settlement by a debtor is subject to this Court's approval under Fed. R. Bank. P. 9019.

4. The Plaintiff shall pay one-half of the cost of the mediation; the Defendants shall pay one-half of the cost of the mediation.

SIGNED **October 19, 2016.**

                                              Marvin Isgur
                              UNITED STATES BANKRUPTCY JUDGE